# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157093 (22)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

          SC: 157093
          COA: 340769
          Muskegon CC: 10-059894-FH

SEAN LEE STRANDBERG,
    Defendant-Appellant.

_____/

   On order of the Court, the motion for reconsideration of this Court's October 2, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019        

t0128            Clerk